HART, J.

v.

PBPP

1769 CD 2016

Commonwealth Court of Pennsylvania.

06/02/2017

Board of Probation & Parole, Parole No. 959–FG

Reversed

CONGO, T.

v.

PBPP

692 CD 2016

Commonwealth Court of Pennsylvania.

06/05/2017

Board of Probation & Parole, Parole No. 880–BD

Affirmed

READINGER, B.

v.

UCBR

1289 CD 2016

Commonwealth Court of Pennsylvania.

06/05/2017

Unemployment Compensation Board of Review, B–589823

Affirmed

CAFONCELLI, J.

v.

PSP

1392 CD 2016

Commonwealth Court of Pennsylvania.

06/05/2017

Office of Open Records, AP 2016–0930

Affirmed